2:07-CR-304-RCJ-PAL   USA V. KENETH MICKENS

LETTERS IN SUPPORT OF DEFENDANT

RE SENTENCING



February 1, 2009

Dear Sir or Madam:

My name is Dominique Mickens. I am almost 19 and the youngest in our family. I aspire to become a professional actress and my dad has always supported me in this dream. He had hopes of my becoming a lawyer, but he understands my dream. He has always made sure that my brother and I were exposed to the right things in life. We have always had a beautiful home and done things together as a family. Whether it is going to one of my events, a baseball game or traveling, we do it as a family.

I have performed since age 5 either in dance or acting and my dad has always been present to cheer me on or to make sure that I received the necessary training to make me better. Even when he was at work he would call or try to leave early to be present at my event. I always felt good about that.

I believe that he has decided in his mind that our family will always be a priority. As the head of our household, his hard work and dedication has always impressed me and makes me want to be the best that I can be. His presence keeps me focused and I feel will always help me to want to pursue my dream.

Yours truly,

*Dominique*

Dominique Mickens

January 29, 2009

To Whom It May Concern:

I have known Ken Mickens since 1983. He is my son in law and has been a great one at that.

When my daughter married him in 1985 they moved to California to start the next phase of their life. I was skeptical because it was so far away. I live in Michigan. Ken has taken care of her and their family and throughout the years has helped me in times of need.

I am very proud of him and his accomplishments and feel glad that he is a part of my family.

Sincerely yours,

Bernice Woods

February 1, 2009

From:   Kenny L. Mickens, II

Ever since I can remember my dad has been the guiding force of our family. Since I was 5 playing T-ball he has been so supportive and given me a great deal of guidance. I currently play college baseball and he has consistently supported me in every up and down that I have experienced. He allows me to work out the kinks, but is always there to help me move to the next level.

I have grown a lot in the past year and I realize that my dad has sacrificed a great deal and really made it possible for me to experience some great things in life. I have met so many people and been exposed to so much baseball talent and instruction. I am in my Sophomore year of college and he pays attention to my journey. I think this is great and of major importance. Especially, in today's world. I feel fortunate to have him as a dad and hope that he will continue to provide me with the love and support a young man needs to become an adult.

*Kenny L. Mickens II*

Kenny Mickens, II

8 February 2009

My uncle, Ken Mickens, has been a great friend. He has taken the time when necessary to provide guidance for me as young man growing into a father and husband.

I have two children and believe that his friendship and guidance have allowed me to support my oldest son in his growing basketball career. My wife and I have had some difficult times, but when I look at my uncle and his family I always feel blessed for the family I have.

Of course, being his nephew I have nothing to say but praise, but believe me he is a good man and his family really depends on him to be a part of their daily lives. He has always been a good provider and husband to my aunt.

Thank you,

Terrance Eggleston

6 November 2008

To Whom It May Concern:

Kenneth Mickens is my favorite uncle. He has been an uncle of the highest caliber. My uncle has always been there for me. I have always been his favorite niece. He has stepped in and advised me, when my own father wasn't around to guide me. We don't always get to see each other as much as I would like, but whenever we talk it is always beneficial to my well-being. He has been my uncle for 22 years and is very loving and devoted to my aunt. She loves him very much, and is very dedicated to him and their marriage.

My uncle has guided me and encouraged me in my lifetime, as well as his own children. He has always been there for me and I love him very much. I couldn't have picked a better uncle for me or a better father for my cousins.

Sincerely yours,

Samantha McCutchen

17219 Euclid

Allen Park, MI  48101

18 September 2008

To Whom It May Concern:

I am writing this letter for my husband, Kenneth Mickens. We have been friends for 25 years and married for 22 years. During our marriage we have gone from Detroit, MI where we were both born and raised, to California then to Nevada. We have raised two beautiful children and have experienced many joys and challenges throughout the years. My husband has always been the breadwinner and leader of our family. He has given us the opportunity to know and enjoy a stable, balanced home life, the ability for my children to receive good educations, as well as, the opportunity to know and understand the world around us through travel and friendship with all cultures.

Ken is the type of man that people meet and remember because he communicates with everyone with respect and familiarity of their status, culture or character. He understands and likes people. Through the years he has provided a great deal of financial assistance, as well as, time and effort to his extended family and friends, always helping in times of need. Ken has nurtured my son through a high school baseball career that provided him with a scholarship to a major university with a Hall of Fame coach. He has arranged for my son to receive training from all types of professionals within the baseball industry. He has also orchestrated my daughter's career to the point of her being sponsored by a major film and stage actor within a program that could boost her career to major heights. Ken is a graduate of the National Association of Dealers Academy (NADA). He has attended college and has spent time in the Navy representing his country. He is a self starter and believes in hard work.

I realize that I cannot totally express my feelings regarding the event that has caused this letter to be necessary, however, his presence within our home is so very essential. He is our "lifeline". He keeps us centered with his love and guidance. Whenever we have a problem he is always the one to state "Everything will be fine". Whether I have been sick or simply dealing with frustrating issues, he provides love and encouragement to help move me forward and feel better.

At this point I know that he realizes the mistake of his actions. I know he is willing to accept whatever is necessary to resolve this matter and bring it to fruition, however, our family would suffer tremendously without his daily presence. Again, he is our lifeline.

Respectfully yours,

*[signature]*

Yvette Mickens

6 November 2008


To Whom It May Concern:


Kenneth Mickens is a devoted father and husband. He has been my brother-in-law for 22 years and is an integral part of his family. During this time he has consistently provided for his family and made sure that they had a roof over their heads and food on the table.

He has guided both of his children into life careers and gives inspiration for them to be successful and achieve their dreams.

I am not a woman of many words, however, I strongly feel that as father and husband he is dedicated and provides strength, courage and love to his family at a time when everyone is unsure of the future.


Sincerely yours,

*Onya R. McCutchen*


Sonya McCutchen

17219 Euclid

Allen Park, MI  48101

November 1, 2008

To Whom It May Concern:

I have known Kenny for the past 25 years. He is my daughter's husband. Through the years I have watched him achieve a great deal of success and little success, but, he has always been a good husband and provider for his family.

During the time that I have spent with him over the years we have always had good conversations and some similar views on issues of the world. He has always been a hard and diligent worker. He has ran a couple dealerships and I know he has done a great job within the automobile industry in this capacity.

Being a hard worker he is definitely important to his family. He provides his children with culture and professionalism which I am sure has helped them grow into the intelligent young adults that they are today.

As I have gotten older and my health has deteriorated, I have been able to reach out to him for assistance in many ways. He has never denied me anything and I feel honored to have him as a son in law.

Sincerely,

Rudolph B. Woods