UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KENNETH MICKENS, )<br>)<br>Defendant. )<br>_____ ) | 2:07-CR-304-RCJ-PAL |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#40) on February 18, 2009. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: Wells Fargo Bank
Amount of Restitution: $35,000.00

Name of Payee: Community One Federal Credit Union
Amount of Restitution: $3,000.00

**Total Amount of Restitution Ordered: $38,000.00**

Dated this 17th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE